UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Kum Ok Duchesneau | : | |
| | : | Bankruptcy No. 13-17778 |
| Debtor | : | |
| | : | |
| | : | |

# O R D E R

AND NOW, upon consideration of the Motion to Restrict Access and Authorize Filing of Replacement Proof of Claim **(Doc. # 38)** filed by **RBS Citizens**;

AND, the Court concluding that the subject Proof of Claim (including attachments) **(Claim No. 1-1)** fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1. This Motion is **GRANTED**.

2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to **Claim No. 1-1 on the Claims Register forthwith**.

3. **RBS Citizens** shall file redacted copies of the document(s) identified in Paragraph 2 above **on or before** April 6, 2017.

Dated: March 23, 2017

JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE