# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Kum O. Duchesneau aka Kum Son<br>                    Debtor | CHAPTER 13 |
| BANK OF AMERICA, N.A., its successors and/or assigns<br>                    Movant<br>          vs.<br>Kum O. Duchesneau aka Kum Son<br>                    Debtor | NO. 13-17778 JKF |
| William C. Miller Esq.<br>                    Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Motion for Relief from Stay of BANK OF AMERICA, N.A., which was filed with the Court on or about **February 24, 2017**.

                    Respectfully submitted,

**/s/ Thomas I. Puleo, Esquire**
Thomas I. Pule, Esquire
Matteo S. Weiner, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
412-430-3594

March 24, 2017