# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Dunchesneau, Kum Ok a/k/a Kum Son  | CHAPTER 13
       Debtor(s) |
  | BKY. NO. 13-17778 JKF

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of BANK OF AMERICA, N.A., as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 3599

                                           Respectfully submitted,

                                           **/s/Brian C. Nicholas, Esquire**
                                           Brian C. Nicholas, Esquire
                                           Thomas Puleo, Esquire
                                           KML Law Group, P.C.
                                           701 Market Street, Suite 5000
                                           Philadelphia, PA 19106-1532
                                           (215) 825-6306  FAX (215) 825-6406