United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                  Case No. 13-17778-amc
Kum Ok Duchesneau                                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia              Page 1 of 2                  Date Rcvd: Jul 17, 2018
                              Form ID: pdf900             Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2018.
```
db             Kum Ok Duchesneau,    175 Orchard Court,    Blue Bell, PA 19422-2824
13141602       Albert J. Scarafone, Jr.,    1717 Swede Road,    Suite 200,    Blue Bell, PA 19422-3372
13777057       BANK OF AMERICA, N.A.,    Bank of America,    PO Box 31785,    Tampa, FL 33631-3785
13141603      +Bank of America,    7105 Corporate Drive,    PTX B-209,    Plano, TX 75024-4100
13251804      +Bank of America, N.A.,    c/o KML Law Group, P.C.,    701 Market Street, Suite 5000,
                Philadelphia, PA 19106-1541
13239956      +CAPITAL ONE BANK (USA), N.A.,    PO Box 12907,    Norfolk, VA 23541-0907
13141606      +Northeast Utilities Service,    800 SW 39th Street,    Renton, WA 98057-4975
13143616      +RBS Citizens,    443 Jefferson Blvd,    RJW135,    Warwick RI 02886-1321
13141608      +Randall Duchesneau,    175 Orchard Court,    Blue Bell, PA 19422-2824
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Jul 18 2018 02:16:52     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 18 2018 02:16:32
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 18 2018 02:16:51     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 18 2018 02:15:47
                PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
13141601       E-mail/Text: EBNProcessing@afni.com Jul 18 2018 02:16:46     AFNI,    PO Box 3517,
                Bloomington, IL  61702-3517
13173107       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 18 2018 02:15:49
                American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                Oklahoma City, OK  73124-8848
13141604       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 18 2018 02:15:59     Capital One,
                P.O. Box 25131,    Richmond, VA  23276-0001
13167280       E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 18 2018 02:16:46     Jefferson Capital Systems LLC,
                PO BOX 7999,    SAINT CLOUD MN 56302-9617
13141605       E-mail/Text: bankruptcydpt@mcmcg.com Jul 18 2018 02:16:43     Midland Funding,
                P.O. Box 939019,    San Diego, CA  92193-9019
13141600      +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Jul 18 2018 02:16:43
                Office of the United States Trustee,    833 Chestnut Street,    Suite 501,
                Philadelphia, PA 19107-4405
13328877       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 18 2018 02:15:46
                Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
13141607       E-mail/Text: nod.referrals@fedphe.com Jul 18 2018 02:16:20     Phelan, Hallinan & Schmeig,
                1 Penn Ctr @ Suburban Station,    1617 JFK Boulevard, Suite 1400,
                Philadelphia, PA  19103-1814
13141609       E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 18 2018 02:16:16
                Verizon,    P.O. Box 28000,    Lehigh Valley, PA  18002-8000
13141610       E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 18 2018 02:16:16
                Verizon Wireless,    P.O. Box 489,    Newark, NJ  07101-0489
                                                                                               TOTAL: 14
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13141759*       AFNI,    PO Box 3517,    Bloomington, IL  61702-3517
13141760*       Albert J. Scarafone, Jr.,    1717 Swede Road,    Suite 200,    Blue Bell, PA 19422-3372
13141761*      +Bank of America,    7105 Corporate Drive,    PTX B-209,    Plano, TX 75024-4100
13141762*       Capital One,    P.O. Box 25131,    Richmond, VA  23276-0001
13141599*       Kum Ok Duchesneau,    175 Orchard Court,    Blue Bell, PA 19422-2824
13141757*       Kum Ok Duchesneau,    175 Orchard Court,    Blue Bell, PA 19422-2824
13141763*       Midland Funding,    P.O. Box 939019,    San Diego, CA  92193-9019
13141764*      +Northeast Utilities Service,    800 SW 39th Street,    Renton, WA 98057-4975
13141758*      +Office of the United States Trustee,    833 Chestnut Street,    Suite 501,
                 Philadelphia, PA 19107-4405
13141765*       Phelan, Hallinan & Schmeig,    1 Penn Ctr @ Suburban Station,    1617 JFK Boulevard, Suite 1400,
                 Philadelphia, PA  19103-1814
13141766*      +Randall Duchesneau,    175 Orchard Court,    Blue Bell, PA 19422-2824
13141767*       Verizon,    P.O. Box 28000,    Lehigh Valley, PA  18002-8000
13141768*       Verizon Wireless,    P.O. Box 489,    Newark, NJ  07101-0489
                                                                                           TOTALS: 0, * 13, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: Virginia               Page 2 of 2                   Date Rcvd: Jul 17, 2018
                              Form ID: pdf900              Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2018 at the address(es) listed below:
              ALBERT J. SCARAFONE, JR.    on behalf of Debtor Kum Ok Duchesneau scarafone@comcast.net,
               ascarafone@gmail.com;r39418@notify.bestcase.com
              ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    BANK OF AMERICA bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    BANK OF AMERICA, N.A bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    BANK OF AMERICA, N.A bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              THOMAS R. WASKOM    on behalf of Creditor    RBS CITIZENS N.A. kbell@hunton.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 11
```

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KUM OK DUCHESNEAU                                    Chapter 13

                            Debtor            Bankruptcy No. 13-17778-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this __17th__ day of __July__, 2018, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ALBERT J SCARAFONE JR ESQUIRE
1717 SWEDE RD
SUITE 200
BLUE BELL, PA 19422


Debtor:
KUM OK DUCHESNEAU

175 ORCHARD COURT

BLUE BELL, PA 19422-2824